Compas Medical, P.C., as Assignee of Nelson Cory, Appellant, 
against
Citiwide Auto Leasing, Respondent.




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Palmieri, Castiglione & Nightingale (Michael S. Nightingale of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Katherine A. Levine, J.), entered January 21, 2016. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint on the ground that the claims at issue had been untimely submitted (see 11 NYCRR 65-1.1). 
For the reasons stated in Greenway Med. Supply Corp., as Assignee of Acosta Hector v Citiwide Auto Leasing (___ Misc 3d ____, 2018 NY Slip Op _____ [appeal No. 2016-741 K C], decided herewith), the order is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 09, 2018